UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NCMIC INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:05CV805 HEA |
| | ) |
| JOHN BLALOCK, et al., | ) |
| | ) |
| Defendants. | ) |

## DECLARATORY JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that plaintiff owes no duty to defend nor indemnify defendant Blalock in the action filed in the Circuit Court for the City of St. Louis styled Steven Gera and Sarah Gera vs. John Blalock, D.C., Cause Number 052-01485.

Dated this 10th day of August, 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE